

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONADNOCK FUNDING, LLC            :

    PLAINTIFF            :        CASE NO. 303CV0102(JBA)

V.            :

XCELERIX CORPORATION F/K/A            :
PRAEDICTUS CORPORATION            :

    DEFENDANT            :        DECEMBER 2, 2003

### PLAINTIFF'S STATUS REPORT

The plaintiff, Monadnock Funding, LLC hereby submits this report as to the status of the case:

(a)  This case has been stayed by defendant's Chapter 11 bankruptcy filing in the State of Indiana. This bankruptcy filing occurred before the filing of any responsive pleading by the defendant. There are no pending outstanding motions. Obviously, the bankruptcy stay prevents any compliance with the Scheduling Order in this case.

(b)  Plaintiff is unable to say at this time whether it has any interest in a referral to an United States Magistrate Judge or to the Special Masters Program.

(c)  The plaintiff is unable to decide if it will consent to a trial before a Magistrate Judge until such time as the issues in this case have been identified.

(d)  The estimated length of trial is unknown because the plaintiff is unaware if defendant will be asserting any defense and, if so, the nature of such defense.

                                                        PLAINTIFF

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel of record, this 2nd day of December, 2003.

Walter R. Hampton, Jr., Esquire
Hampton Law Offices
185 Albany Turnpike
P.O. Box 1008
Canton, Connecticut 06019

_____
Mark H. Dean

3