FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MONADNOCK FUNDING, LLC : | |
|    PLAINTIFF : | CASE NO. 303CV0102(JBA) |
| V. : | |
| XCELERIX CORPORATION F/K/A : | |
| PRAEDICTUS CORPORATION : | |
|    DEFENDANT : | DECEMBER 5, 2003 |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1), the plaintiff, Monadnock Funding, LLC, hereby gives notice of the dismissal of the above-captioned replevin action. No answer or motion for summary judgment has been filed by the defendant.

PLAINTIFF

By_____
Mark H. Dean
MARK H. DEAN, P.C.
241 Main Street
Hartford, CT 06106
(860) 541-6699
Federal Bar No. CT 03195

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel of record, this 5th day of December, 2003.

Walter R. Hampton, Jr., Esquire
Hampton Law Offices
185 Albany Turnpike
P.O. Box 1008
Canton, Connecticut 06019

_____
Mark H. Dean

2