FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONADNOCK FUNDING, LLC                        :

     PLAINTIFF                                    :        CASE NO. 303CV0102(JBA)

V.                                                              :

XCELERIX CORPORATION F/K/A                   :
PRAEDICTUS CORPORATION                       :

     DEFENDANT                                   :        DECEMBER 5, 2003

<u>NOTICE OF DISMISSAL</u>

Pursuant to Rule 41(a)(1), the plaintiff, Monadnock Funding, LLC, hereby gives notice of the dismissal of the above-captioned replevin action. No answer or motion for summary judgment has been filed by the defendant.

PLAINTIFF

By_____
Mark H. Dean
MARK H. DEAN, P.C.
241 Main Street
Hartford, CT 06106
(860) 541-6699
Federal Bar No. CT 03195

12/15/03 -- So ordered The Clerks Office may close this file.